UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DERALD JOHNSON

-vs-

CITY OF SLIDELL



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 03 2018
WILLIAM W. BLEVINS
CLERK

CIVIL ACTION

NO. 18-6123

SECTION "E" (3)

### APPLICATION FOR APPOINMENT OF ATTORNEY
### PURSUANT TO 42 U.S.C. 2000e-(f)(1)

I Derald Johnson hereby applying for appointment of an attorney to represent me in a suit pursuant to Title 1 of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and, Title V, Section 503 of the Act, 42 U.S.C. 12003. to be brought in connection with the charge indicated above.

In support of the appliction, the following statements are made to the Court.

Unemployed, financial hardship.

A Notice of Right to Sue has been issued to me by the Equal Employment Opportunity Commission on March 20, 2018. And a Notice of Right to Sue has been issued to me by the U. S. Department of Justice Civil Rights Division on June 28, 2018. A copy of Notice of Right to Sue is attached to this application.

I am unable to obtain an attorney to represent me because; I am at a financial hardship with only Workers Compensation income of $272.64, which I was granted to file pro se.

TENDERED FOR FILING

AUG 03 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Derald Johnson  July 30, 2018
P. O. Box 324
Slidell, LA 70459
985-218-9176 (Home)
504-671-7577 (Cell)

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.



CERTIFIED MAIL
7016 2140 0000 5581 5520

U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4701
Washington, DC 20530

June 28, 2018

Mr. Derald G. Johnson
P.O. Box 324
Slidell, LA 70459

Re: EEOC Charge Against City of Slidell, et al.
No. 461201801090

Dear Mr. Johnson:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under: Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and, Title V, Section 503 of the Act, 42 U.S.C. 12203.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC New Orleans District Office, New Orleans, LA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

John M. Gore
Acting Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

TENDERED FOR FILING

AUG 03 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

cc: New Orleans District Office, EEOC
City of Slidell

