MINUTE ENTRY
MORGAN, J.
October 10, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERALD JOHNSON,**<br>     **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6123** |
| **CITY OF SLIDELL,**<br>     **Defendant** | **SECTION: "E" (3)** |

## MINUTE ENTRY

A status conference was held on October 10, 2019 at 2:00 p.m. in the chambers of Judge Susie Morgan.

> Present:   Julie Kammer, counsel for Plaintiff, Derald Johnson; Lawrence Abbott and Sarah Reid, counsel for Defendant, City of Slidell.

The parties discussed the status of the case. The Court reminded the parties there is a Scheduling Order in place in this case, and all depositions and discovery must be completed by December 17, 2019.[1] The Court also reminded the parties that per the Scheduling Order,[2] the parties are required to schedule a settlement conference to take place before the magistrate judge at least two weeks before the pretrial conference.

The parties represented to the Court they will confer within the next week to schedule the remaining depositions. The parties also represented they have scheduled a

---

[1] R. Doc. 28.
[2] *Id.*

1

Rule 37 conference to take place next week to attempt to resolve any issues with respect to responses to discovery.

**New Orleans, Louisiana, this 11th day of October, 2019.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:26)