UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DERALD JOHNSON** | * | |
| | * | **CIVIL ACTION NO.: 18-6123 E(3)** |
| *Plaintiff,* | * | |
| | * | **DISTRICT JUDGE:** |
| **VERSUS** | * | **SUSIE MORGAN** |
| | * | |
| **CITY OF SLIDELL** | * | **MAGISTRATE JUDGE:** |
| | * | **DANA M. DOUGLAS** |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S WITNESS LIST

**NOW COMES**, Plaintiff, Derald Johnson, through undersigned counsel, who submits the following list of witnesses who may be called to testify at the time of trial:

1. **Derald Johnson** -- *Plaintiff's employment, discrimination and damages*
   27407 Sycamore Drive
   Lacombe, LA 70445

2. **Tyronne Clark** -- *Plaintiff's employment and discrimination*
   Senior Crew Chief, Public Operations Dept.
   City of Slidell
   2045 Second Street, Suite 202
   Slidell, Louisiana 70459

3. **Jason Reese** -- *Plaintiff's employment and discrimination*
   Senior Crew Chief, Public Works Division, Public Operations Dept.
   City of Slidell
   2045 Second Street, Suite 202
   Slidell, Louisiana 70459

4. **Rueben Castillo** -- *Plaintiff's employment and discrimination*
   Superintendent, Public Works Division, Public Operations Dept.
   City of Slidell
   2045 Second Street, Suite 202
   Slidell, Louisiana 70459

1

5. **Donnie Marshall** -- *Plaintiff's employment and discrimination*
   Assistant Director of Public Operations
   City of Slidell
   2045 Second Street, Suite 202
   Slidell, Louisiana 70459

6. **David Anderson, Jr.** -- *Plaintiff's employment and discrimination*
   Risk Manager
   City of Slidell
   2045 Second Street, Suite 202
   Slidell, Louisiana 70459

7. **Bryan Haggerty** -- *Plaintiff's employment and discrimination*
   City Attorney
   City of Slidell
   2045 Second Street, Suite 202
   Slidell, Louisiana 70459

8. **Gene Swann** -- *Plaintiff's employment and discrimination*
   (Retired – Director of Public Operations, City of Slidell)
   37522 Murray Road
   Pearl River, LA 70452

9. **Davia "Rene" Johnson Morgan** -- *Plaintiff's employment and discrimination*
   (Retired – Civil Service and Human Resource Director, City of Slidell)
   130 Jack Pine Lane
   Ponchatoula, LA 70454

10. **Julia Marcev** -- *Plaintiff's employment and discrimination and workers' compensation claim*
    Risk Management
    City of Slidell
    Slidell, Louisiana 70459

11. **Maryann White** -- *Plaintiff's employment and discrimination*
    Civil Service Director
    City of Slidell
    2045 Second Street, Suite 202
    Slidell, Louisiana 70459

12. **Kenyon Smith** -- *Plaintiff's workers' compensation claims and medical information*
    Lotus Insurance Solutions
    P. O. Box 1723 (70470-1723)
    820 Lafitte Street, Ste. 102
    Mandeville, Louisiana 70448-7820

13. **Leroy Smith** -- *Plaintiff's workers' compensation claims, medical information*
    *Lotus Insurance Solutions*
    P. O. Box 1723 (70470-1723)
    820 Lafitte Street, Ste. 102
    Mandeville, Louisiana 70448-7820

14. **Kevin Pierre** -- *Plaintiff's workers' compensation claims and medical information*
    Claims Director
    Lotus Insurance Solutions
    1615 Poydras Street
    Suite 927
    New Orleans, Louisiana 70112

15. **Jerrald Risen** -- *Plaintiff's employment and discrimination*
    City of Slidell
    2045 Second Street, Suite 202
    Slidell, Louisiana 70459

16. **Ray Dupuy** -- *Plaintiff's employment and discrimination*
    City of Slidell
    2045 Second Street, Suite 202
    Slidell, Louisiana 70459

17. **Willie Ledet** -- *Plaintiff's employment, and discrimination*
    City of Slidell
    2045 Second Street, Suite 202
    Slidell, Louisiana 70459

18. **Dr. Natalia Hannan** -- *Defendants' Choice of Physician—Plaintiff's medical condition and workers compensation claims*
    Pelican Urgent Care
    Pelican Physician Services, LLC
    2375 Gause Blvd. East
    Slidell, LA 70461-4142

19. **Dr. Brian L. Fong** -- *Defendants' Choice of Physician -- Plaintiff's medical condition and workers compensation claims*
    2965 Gause Boulevard East, Suite A
    Slidell, LA 70461

20. **Christopher Grow, PA-C** -- *Defendants' Choice of Physician -- Plaintiff's medical condition and workers compensation claims*
    2965 Gause Boulevard East, Suite A
    Slidell, LA 70461

21. **Dr. Lori E. Summers** -- *Plaintiff's medical condition and workers compensation claims*
    Summers Neurosurgery, LLC
    1200 Derek Drive, #400
    Hammond, LA 70403

22. Any witness necessary to identify or authenticate any exhibit

23. Any witness identified in discovery

24. Any physician(s) retained on defendant's behalf

25. Any witness listed and/or called by any other party

26. Any witness whose identity or the relevance of whose testimony becomes known through additional discovery

27. Any witness needed for impeachment/rebuttal testimony

**Discovery is ongoing, and Plaintiff, Derald Johnson, reserves his right to supplement and/or amend this Witness List.**

    Respectfully submitted,

    **STAINES & EPPLING, LLC**

    */s/ Julie Steed Kammer*
    Anthony J. Staines (LA 12388)
    Julie Steed Kammer (LA 24656)
    3500 N. Causeway Blvd., Ste. 820
    Metairie, LA 70002
    Telephone: (504) 838-0019
    Facsimile: (504) 838-0043
    Email:  tony@staines-eppling.com
    Email:  julie@staines-eppling.com
    *COUNSEL FOR PLAINTIFF, DERALD JOHNSON*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the below listed names. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the below listed non-CM/ECF participants.

                */s/Julie Steed Kammer*
                JULIE STEED KAMMER (24656)

bhaggerty@cityofslidell.org
Bryan D. Haggerty
City Attorney's Office (Slidell)
P.O. Box 828
Slidell LA  70459

labbott@csa-lawfirm.com
sreid@csa-lawfirm.com
Lawrence E. Abbott
Sarah P. Reid
Cotten, Schmidt & Abbott, LLP (New Orleans)
650 Poydras Street, Suite 1950
New Orleans LA  70130