UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERALD JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6123** |
| **SLIDELL CITY** | **SECTION "E" (3)** |

**ORDER**

Before the Court is the Motion to Compel [Doc. #38] filed by plaintiff Derald Johnson, who has advised the Court that he wishes to withdraw the motion. Accordingly,

**IT IS ORDERED** that the Motion to Compel [Doc. #38] is DISMISSED WITHOUT PREJUDICE AS MOOT.

**IT IS FURTHER ORDERED** that the oral hearing set on December 11, 2019 is CANCELLED.

New Orleans, Louisiana, this 9th day of December, 2019.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**