MINUTE ENTRY
MORGAN, J.
December 11, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERALD JOHNSON,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6123** |
| **CITY OF SLIDELL,**<br>    **Defendant** | **SECTION: "E" (3)** |

**MINUTE ENTRY**

A telephone status conference was held on December 11, 2019 at 10:30 a.m. in the chambers of Judge Susie Morgan.

> Present:    Julie Kammer, counsel for Plaintiff, Derald Johnson; Lawrence Abbott and Sarah Reid, counsel for Defendant, City of Slidell.

The Court discussed the status of ongoing discovery. Plaintiff's counsel represented to the Court that Plaintiff needs an extension of time in which to complete discovery. In light of Plaintiff's request, the Court hereby **VACATES** the current scheduling order.

**IT IS ORDERED** that the pretrial conference in this matter be **CONTINUED** to **Wednesday, May 27, 2020 at 12:00 p.m.** and that trial in this matter be **CONTINUED** to **Monday, June 15, 2020, at 9:00 a.m.** The parties are **ORDERED** to comply with the amended pretrial deadlines, as set forth below.

| | |
|---|---|
| Depositions and discovery<br><br>**Failure to comply with this order may result in sanctions pursuant to Rule 37** | Completed by **April 7, 2020** |
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>*See* **Scheduling Order at p. 3 regarding the format of depositions** | Filed and served no later than **April 14, 2020**<br><br>(in sufficient time to permit a submission date on or before **April 29, 2020**) |
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **April 21, 2020** |
| Pretrial order<br><br>**Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline.** *See* **Section IX.10.b of the pretrial notice** | Filed by **May 21, 2020** at **5:00 p.m.** |
| Pretrial conference<br><br>**Attended by lead attorney. (See Local Rule 11.2)** | **May 27, 2020 at 12:00 p.m.** |
| Final list of witnesses to be called at trial | Filed no later than **June 3, 2020** at **5:00 p.m.** |

| | |
|---|---|
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **May 28, 2020** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **June 4, 2020** at **5:00 p.m.** |
| Joint statement of the case<br><br>*See* **pretrial notice at p. 8** | Filed by **June 8, 2020** at **5:00 p.m**. |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>*See* **pretrial notice at p. 9** | Filed and emailed to the Court by **June 8, 2020** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>*See* **pretrial notice at p. 9** | Filed by **June 8, 2020** at **5:00 p.m**. |
| Proposed special voir dire questions<br><br>*See* **pretrial notice at p. 9** | Filed by **June 8, 2020** at **5:00 p.m**. |

| | |
|---|---|
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See* pretrial notice at p. 5** | Filed by **June 8, 2020** at **5:00 p.m.** |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See* pretrial notice at pp. 5-6** | Delivered to the Court by **June 8, 2020** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>***See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions** | Filed by **June 8, 2020** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>***See* pretrial notice at p. 5** | Filed by **June 10, 2020** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>***See* pretrial notice at p. 6** | Filed by **June 10, 2020** at **5:00 p.m.** |

| | |
|---|---|
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>*See* **pretrial notice at p. 8** | The factual elements of such questions shall be submitted to the expert witness by **June 10, 2020** at **5:00 p.m.** |
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Provided to opposing counsel by **June 10, 2020 at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Filed by **June 11, 2020** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses. If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **June 15, 2020 at 9:00 a.m.**<br><br>(estimated to last **4** days) |

**New Orleans, Louisiana, this 12th day of December, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:24)

5