MINUTE ENTRY
MORGAN, J.
April 29, 2020

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERALD JOHNSON,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6123** |
| **CITY OF SLIDELL,**  Defendant | **SECTION: "E" (3)** |

## MINUTE ENTRY AND AMENDED SCHEDULING ORDER

A telephone status conference was held on April 29, 2020 at 10:15 a.m.

Present:   Anthony Staines and Julie Kammer, counsel for Plaintiff, Derald Johnson; Lawrence Abbott and Sarah Reid, counsel for Defendant, City of Slidell.

Pursuant to the Court's scheduling order issued on May 9, 2019, trial in this matter was scheduled for **June 15, 2020**. In light of General Order 20-6 suspending all civil and criminal jury trials until August 1, 2020, the Court set a status conference to reset the trial date in this case. The Court set trial for **January 11, 2021**. The pretrial conference in this matter is set for **December 21, 2020, at 2:00 p.m.**

The parties agree the only remaining discovery matters in this case are the four depositions of the representatives of the City of Slidell. Those depositions will be set for two days in early July, 2020.

The parties shall comply with the deadlines set forth below.

1

| | |
|---|---|
| Plaintiff's expert reports | Delivered to defense counsel by **September 11, 2020** |
| Defendant's expert reports | Delivered to plaintiff's counsel by **October 13, 2020** |
| Witness lists<br><br>Each witness must be identified by name and address. The listing of a witness as a representative of an entity is not sufficient<br><br>***See* pretrial notice at p. 8** | Filed and served upon opponents by **October 13, 2020** |
| Exhibit lists<br><br>Each exhibit must be listed with specificity and be Bates numbered. Broad, general categories of exhibits are not sufficient<br><br>***See* pretrial notice at pp. 5-6** | Filed and served upon opponents by **October 13, 2020** |
| Depositions and discovery<br><br>**Failure to comply with this order may result in sanctions pursuant to Rule 37** | Completed by **November 3, 2020** |
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>***See* Scheduling Order at p. 3 regarding the format of depositions** | Filed and served no later than **November 10, 2020**<br><br>(in sufficient time to permit a submission date on or before **November 25, 2020**) |
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **November 17, 2020** |
| Pretrial order<br><br>**Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline. *See* Section IX.10.b of the pretrial notice** | Filed by **December 16, 2020** at **5:00 p.m.** |

| | |
|---|---|
| Pretrial conference<br><br>**Attended by lead attorney. (See Local Rule 11.2)** | **December 21, 2020 at 2:00 p.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **December 22, 2020** at **5:00 p.m.** |
| Final list of witnesses to be called at trial | Filed no later than **December 29, 2020** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **December 30, 2020** at **5:00 p.m.** |
| Joint statement of the case<br><br>*See* **pretrial notice at p. 8** | Filed by **January 4, 2021** at **5:00 p.m**. |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>*See* **pretrial notice at p. 9** | Filed and emailed to the Court by **January 4, 2021** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>*See* **pretrial notice at p. 9** | Filed by **January 4, 2021** at **5:00 p.m**. |
| Proposed special voir dire questions<br><br>*See* **pretrial notice at p. 9** | Filed by **January 4, 2021** at **5:00 p.m**. |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>*See* **pretrial notice at pp. 5-6** | Delivered to the Court by **January 4, 2021** at **5:00 p.m.** |

| | |
|---|---|
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>*See* **pretrial notice at p. 5** | Filed by **January 4, 2021** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>*See* **pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions** | Filed by **January 4, 2021** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>*See* **pretrial notice at p. 5** | Filed by **January 6, 2021** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>*See* **pretrial notice at p. 6** | Filed by **January 6, 2021** at **5:00 p.m.** |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>*See* **pretrial notice at p. 8** | The factual elements of such questions shall be submitted to the expert witness by **January 6, 2021** at **5:00 p.m.** |
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Provided to opposing counsel by **January 6, 2021 at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>*See* **pretrial notice at p. 7** | Filed by **January 7, 2021** at **5:00 p.m**. |

| | |
|---|---|
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses.  If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>*See* **Local Rule 16.4** | **January 11, 2021 at 9:00 a.m.**<br>(estimated to last **4** days) |

**New Orleans, Louisiana, this 29th day of April, 2020.**

*[signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:17)