UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERALD JOHNSON** | * |
| | *   CIVIL ACTION NO.: 18-6123 E(3) |
| *Plaintiff,* | * |
| | *   DISTRICT JUDGE: |
| **VERSUS** | *   SUSIE MORGAN |
| | * |
| **CITY OF SLIDELL** | *   MAGISTRATE JUDGE: |
| | *   DANA M. DOUGLAS |
| *Defendants.* | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CITY OF SLIDELL'S WITNESS AND EXHIBIT LISTS**

NOW INTO COURT, through undersigned counsel, comes Defendant, the City of Slidell ("Slidell"), and in accordance with the Scheduling Order rendered by this Honorable Court, hereby respectfully submits the following updated Witness and Exhibit Lists:

**A.    Witness List**

Slidell may call the following witnesses to the trial of this matter:

1. Plaintiff, Derald Johnson
   27407 Sycamore Dr.
   Lacombe, LA 70445

The Plaintiff is expected to testify about the alleged injuries sustained as a result of the August 30, 2016 workplace accident, his job restrictions after said accident, action taken by his employer, Slidell, to accommodate those job restrictions, and alleged harassment and/or discrimination by Slidell as a result of his job restrictions and/or accommodations.

2. Gene Swann
   Former Director of Public Operations for City of Slidell
   37522 Murray Road
   Pearl River, LA 70452

Mr. Swann is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident and action taken by Slidell to accommodate his job restrictions.

3.  Renee Johnson
    Former Director of Civil Service and Human Resources for City of Slidell
    130 Jack Pine Lane
    Ponchatoula, LA 70454

Ms. Johnson is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident, action taken by Slidell to accommodate his job restrictions, and the decision to terminate the Plaintiff's employment.

4.  Marianne White
    Director of Civil Service and Human Resources for City of Slidell
    c/o City of Slidell
    2055 Second Street
    Slidell, LA 70460

Ms. Johnson is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident, action taken by Slidell to accommodate his job restrictions, and the decision to terminate the Plaintiff's employment. She is also expected to testify about Slidell's employment and discrimination policy and procedures.

5.  Tyrone Clark
    Senior Crew Chief, Public Operations Department for City of Slidell
    c/o City of Slidell
    2055 Second Street
    Slidell, LA 70460

Mr. Clark is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident, action taken by Slidell to accommodate his job restrictions, and discipline rendered by Slidell against the Plaintiff.

6.  Jason Reese
    Senior Crew Chief (Public Works Division), Public Operations for City of Slidell
    c/o City of Slidell
    2055 Second Street
    Slidell, LA 70460

Mr. Reese is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident and action taken by his employer, Slidell, to accommodate his job restrictions.

7. Rueben Castillo
   Superintendent (Public Works Division), Public Operations Department for City of Slidell
   c/o City of Slidell
   2055 Second Street
   Slidell, LA 70460

Mr. Castillo is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident, action taken by Slidell to accommodate his job restrictions, and discipline rendered by Slidell against the Plaintiff.

8. Donnie Marshall
   Assistant Director of Public Operations for City of Slidell
   c/o City of Slidell
   2055 Second Street
   Slidell, LA 70460

Mr. Marshall is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident and action taken by Slidell to accommodate his job restrictions.

9. David Anderson, Jr.
   Risk Manager, City of Slidell
   c/o City of Slidell
   2055 Second Street
   Slidell, LA 70460

Mr. Anderson is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident, action taken by Slidell to accommodate his job restrictions, the Plaintiff's workers' compensation claim and Slidell's communication with its third party administrator regarding that claim, and the decision to terminate Mr. Johnson's employment.

10. Julia Marcev
    Risk Management Assistant, City of Slidell
    c/o City of Slidell
    2055 Second Street
    Slidell, LA 70460

Ms. Marcev is expected to testify about the Plaintiff's job restrictions after the August 30, 2016 workplace accident, action taken by Slidell to accommodate his job restrictions, and the Plaintiff's workers' compensation claim and Slidell's communication with its third party administrator regarding that claim.

    11. Kevin Pierre
        Claims Director, Lotus Insurance Solutions (former third party administrator for workers' compensation claims for Slidell)
        1615 Poydras St., Suite 927
        New Orleans, LA 70112

Mr. Pierre is expected to testify about the Plaintiff's worker's compensation claim administered by Lotus for Slidell until December 31, 2018. He will also be able to testify regarding the identification and authentication of the claim file produced by Lotus in this litigation, as identified in the following Exhibit List.

    12. Kris Shortess
        Claims Specialist, Louisiana Claims Administrator (LOCA) (current third party administrator for workers' compensation claims for Slidell)
        P.O. Box 1246
        Prairieville, LA 70769

Ms. Shortess is expected to testify about the Plaintiff's worker's compensation claim administered by LOCA for Slidell beginning January 1, 2019. She will also be able to testify regarding the identification and authentication of the claim file produced by LOCA in this litigation, as identified in the following Exhibit List.

**B.    Exhibit List**

Slidell may use the following exhibits at the trial of this matter:

1. Personnel File of Plaintiff, Derald Johnson: SLIDELL-JOHNSON-000001-000070, 000087-000139
   a. Temporary Employment Records: SLIDELL-JOHNSON-000001-000030
   b. New Hire Paperwork: SLIDELL-JOHNSON-000031-000043
   c. Veteran Status Complaint and Resolution: SLIDELL-JOHNSON-000044-000047
   d. Performance Evaluations: SLIDELL-JOHNSON-000048-000057
   e. Training Documents: SLIDELL-JOHNSON-000058-000070
   f. Termination Paperwork: SLIDELL-JOHNSON-000087-000096
   g. January 23, 2017 EEOC Charge: SLIDELL-JOHNSON-00097-000100
   h. Miscellaneous: SLIDELL-JOHNSON-000101-000130
   i. Personnel Action Forms: SLIDELL-JOHNSON-000131-000139

2. Medical File of Plaintiff, Derald Johnson: SLIDELL-JOHNSON-000071-000086

3. FMLA File of Plaintiff, Derald Johnson: SLIDELL-JOHNSON-000140-000185

4. Working File of Plaintiff, Derald Johnson, maintained by Public Operations Department: SLIDELL-JOHNSON-000186-000321
   a. Subfolder Derald Johnson A: SLIDELL-JOHNSON-000186-000196
   b. Subfolder Derald Johnson B: SLIDELL-JOHNSON-000197-000321

5. Documents produced by Slidell in response to Plaintiff's Request for Production No. 2 relative to calculation of Plaintiff's FMLA leave: SLIDELL-JOHNSON 0000647-000676

6. Email with letter attachment from Rene Johnson dated October 10, 2016, relative to FMLA certification for Plaintiff, Derald Johnson: SLIDELL-JOHNSON-000770-000771

7. Attendance Records of Plaintiff, Derald Johnson, from 2013 through 2017: SLIDELL-JOHNSON-000322-000331

8. City of Slidell Personnel Policy Manual (effective January 2012): SLIDELL-JOHNSON-000484-000646

9. City of Slidell Personnel Policy Manual (effective January 2017): SLIDELL-JOHNSON-000332-000476

10. City of Slidell Job Description for Laborer Position: SLIDELL-JOHNSON-000477-000479

11. City of Slidell Job Description for Light Equipment Operator Position: SLIDELL-JOHNSON-000480-000483

12. Slidell's Position Statement responsive to 2017 EEOC Charge brought by Plaintiff, Derald Johnson, with attachments: SLIDELL-JOHNSON-EEOC-000001-000128
    a. January 23, 2017 EEOC Charge of Discrimination: SLIDELL-JOHNSON-EEOC-000001-000004
    b. Slidell Correspondence and Position Statement in response to Charge of Discrimination: SLIDELL-JOHNSON-EEOC-000005-000019
    c. Attachments to Position Statement – Affidavits of Slidell Employees: SLIDELL-JOHNSON-EEOC-000020-000036
    d. Attachments to Position Statement – Employment Application and Personnel Action Forms: SLIDELL-JOHNSON-EEOC-000037-000069
    e. Attachments to Position Statement – Slidell Grievance Policy and Grievance Filed by Plaintiff: SLIDELL-JOHNSON-EEOC-000070-000075

    f. Attachments to Position Statement – Discipline Records of Plaintiff, including Letter of Reprimand and Notice of Policy Violation dated October 2016: SLIDELL-JOHNSON-EEOC-000076-000080
    g. Attachments to Position Statement – Plaintiff's Performance Evaluations from 2014-2015 and 2015-2016: SLIDELL-JOHNSON-EEOC-000081-000092
    h. Attachments to Position Statement – FMLA Certifications: SLIDELL-JOHNSON-EEOC-000093-000110
    i. Attachments to Position Statement – Workers' Compensation Claims: SLIDELL-JOHNSON-EEOC-000111-000113
    j. Attachments to Position Statement – Requests to Physician for Approval of Job Tasks: SLIDELL-JOHNSON-EEOC-000114-000124
    k. Attachments to Position Statement – Medical Information regarding Similarly Situated Employees: SLIDELL-JOHNSON-EEOC-000125-000128

13. Audio recording among Plaintiff, David Anderson, and Renee Johnson: SLIDELL-JOHNSON-0001142

14. Documents produced by Slidell in response to Plaintiff's Request for Production No. 4 relative to Plaintiff's job restrictions: SLIDELL-JOHNSON-000677-000715, 000772-000867

15. Faxes to/from Dr. Joseph Boucree regarding approval of job task of disassembling brass fittings dated November 2016: SLIDELL-JOHNSON-0001081-0001085

16. Job task video of disassembling brass fittings: SLIDELL-JOHNSON-000769

17. City of Slidell Public Operations Daily Work Reports, dated August 30, 2016 through December 22, 2016: SLIDELL-JOHNSON-000716-000765, 001268

18. Emails dated February 20, 2017 and October 4, 2017, from Slidell employees regarding termination of Plaintiff: SLIDELL-JOHNSON-000766-000767

19. Documents produced by Slidell in response to Plaintiff's Request for Production No. 5 relative to Plaintiff's workers' compensation file and/or medical file for Plaintiff: SLIDELL-JOHNSON-000868-001071

20. Documents produced by Slidell in response to Plaintiff's Requests for Production No. 31 relative to any communications relative to Plaintiff: SLIDELL-JOHNSON-001072-1079

21. Workers' compensation file for Plaintiff maintained by Lotus Insurance Solutions: Johnson 000001-000900

22. Workers' compensation file for Plaintiff maintained by LOCA: SLIDELL-JOHNSON-CLAIM FILE-00001-000696 and SLIDELL-JOHNSON-CLAIM NOTES-00001-000054

23. Defendant, City of Slidell's, Responses to Plaintiff's Requests for Production of Documents, dated August 2, 2019: SLIDELL-JOHNSON-001086-001106

24. Defendant, City of Slidell's, Supplemental Responses to Plaintiff's Requests for Production of Documents, dated October 29, 2019: SLIDELL-JOHNSON-001107-001114

25. Defendant, City of Slidell's, Second Supplemental Responses to Plaintiff's Requests for Production of Documents, dated November 14, 2019: SLIDELL-JOHNSON-001115-001120

26. Defendant, City of Slidell's, Responses to Plaintiff's Interrogatories, dated August 2, 2019: SLIDELL-JOHNSON-001121-001129

27. Defendant, City of Slidell's, Supplemental Responses to Plaintiff's Interrogatories, dated October 29, 2019: SLIDELL-JOHNSON-001130-001134

28. Defendant, City of Slidell's, Second Supplemental Responses to Plaintiff's Interrogatories, dated November 14, 2019: SLIDELL-JOHNSON-001135-001141

29. Fuel logs completed by Plaintiff from file maintained by Jason Reese and produced by Slidell in response to Plaintiff's Request for Production No. 37: SLIDELL-JOHNSON-001143-001152

30. Fuel logs completed by Austin Lossett produced by Slidell in response to Plaintiff's Request for Production No. 38: SLIDELL-JOHNSON-001153-001171

31. Documents from file maintained by Jason Reese produced by Slidell in response to Plaintiff's Requests for Production No. 39: SLIDELL-JOHNSON-001172-001181

32. Individual video clips used in disassembling brass fittings job task video produced by Slidell in response to Plaintiff's Request for Production No. 40: SLIDELL-JOHNSON-001182-001188

33. Plaintiff's wage records produced by Slidell in response to Plaintiff's Request for Production No. 41: SLIDELL-JOHNSON-001189-001217

34. File maintained by Jason Reese and produced by Slidell in response to Plaintiff's Request for Admission No. 1: SLIDELL-JOHNSON-001218-001267

35. Documents produced by Slidell in response to Plaintiff's Request for Production No. 1 relative to Plaintiff's application for position of Grease Trap Inspector: SLIDELL-JOHNSON-001269-001275

36. Defendant, City of Slidell's, Answers to Plaintiff's Second Set of Interrogatories, dated January 17, 2020: SLIDELL-JOHNSON-001276-001279

37. Defendant, City of Slidell's, Responses to Plaintiff's Second Set of Requests for Production of Documents, dated January 17, 2020: SLIDELL-JOHNSON-001280-001284

38. Defendant, City of Slidell's, Responses to Plaintiff's Third Set of Requests for Production of Documents, dated February 27, 2020: SLIDELL-JOHNSON-001285-001288

39. Defendant, City of Slidell's, Response to Plaintiff's Request for Admission, dated February 27, 2020: SLIDELL-JOHNSON-001289-001292

40. Defendant, City of Slidell's, Third Supplemental Responses to Plaintiff's Interrogatories, dated March 23, 2020: SLIDELL-JOHNSON-001293-001297

41. Defendant, City of Slidell's, Third Supplemental Responses to Plaintiff's Requests for Production of Documents, dated March 23, 2020: SLIDELL-JOHNSON-001298-001302

42. Defendant, City of Slidell's, Response to Plaintiff's Second Set of Requests for Admission, dated October 9, 2020: SLIDELL-JOHNSON-001303-001306

43. Derald Johnson's Answers to Defendant's Interrogatories, dated June 14, 2019: SLIDELL-JOHNSON-001307-001318

44. Derald Johnson's Responses to Defendant's Requests for Production of Documents, dated June 14, 2019: SLIDELL-JOHNSON-001319-001328

45. Plaintiff's Answers to Requests for Admissions, dated June 6, 2019: SLIDELL-JOHNSON-001329-001334

46. Plaintiff, Derald Johnson's Responses to Defendant, City of Slidell's, Second Set of Requests for Admission, dated April 9, 2020: SLIDELL-JOHNSON-001335-001341

47. Plaintiff, Derald Johnson's Amended Response to Defendant, City of Slidell's, Second Set of Requests for Admission, dated May 1, 2020: SLIDELL-JOHNSON-001342-001343

48. Plaintiff, Derald Johnson's Responses to Defendant, City of Slidell's, Second Set of Interrogatories, dated April 9, 2020: SLIDELL-JOHNSON-001344-001348

49. Plaintiff, Derald Johnson's Responses to Defendant, City of Slidell's, Second Set of Requests for Production, dated April 9, 2020: SLIDELL-JOHNSON-001349-001353

Respectfully submitted,

**COTTEN SCHMIDT, LLP**

*/s/ Lawrence E. Abbott*_____
**LAWRENCE E. ABBOTT (Bar No. 2276)**
**SARAH P. REID (Bar No. 33311)**
**650 Poydras Street, Suite 1950**
**New Orleans, Louisiana 70130**
**Telephone:  (504) 568-9393**
**Facsimile:   (504) 524-1933**

**COUNSEL FOR DEFENDANTS,**
**CITY OF SLIDELL AND ALL**
**DEPARTMENT HEADS OF PUBLIC**
**OPERATIONS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2020, I served a copy of the foregoing Witness and Exhibit List to all known counsel of record via electronic mail.

*/s/ Lawrence E. Abbott*_____
**LAWRENCE E. ABBOTT**