UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DERALD JOHNSON | * | |
| | * | CIVIL ACTION NO.: 18-6123 E(3) |
| *Plaintiff,* | * | |
| | * | DISTRICT JUDGE: |
| VERSUS | * | SUSIE MORGAN |
| | * | |
| CITY OF SLIDELL | * | MAGISTRATE JUDGE: |
| | * | DANA M. DOUGLAS |
| *Defendants.* | * | |
| | * | |

* * * * * * * * * * * * * * * * *

## PLAINTIFF'S 1ST SUPPLEMENTAL AND AMENDED EXHIBIT LIST

**NOW COMES**, Plaintiff, Derald Johnson, through undersigned counsel, who submits the following list of exhibits which may be offered as evidence at the time of trial:

1. Charge of Discrimination
   Slidell-Johnson-EEOC-000001-00004

2. City of Slidell's Position Statement
   Slidell-Johnson-EEOC-000005-000019

3. Affidavit of Glenn Swann
   Slidell-Johnson-EEOC-000022-000023

4. Affidavit of Donnie Marshall
   Slidell-Johnson-EEOC-000024-000025

5. Affidavit of Reuben Castillo
   Slidell-Johnson-EEOC-000026-000027

6. Affidavit of Tyrone Clark
   Slidell-Johnson-EEOC-000028-000029

1

7. Affidavit of Jason Reese
   Slidell-Johnson-EEOC-000030-000031

8. Affidavit of Rene Morgan
   Slidell-Johnson-EEOC-000032-000034

9. Affidavit of David Anderson
   Slidell-Johnson-EEOC-000035-000036

10. Attachments to City of Slidell's Position Statement
    Slidell-Johnson-EEOC-000037-000128

11. Plaintiff's Personnel File, or portions thereof, including applications, etc.
    Slidell-Johnson-000001-000070

12. Plaintiff's Personnel file, or portions thereof, including relevant medical, pre-employment physical, drug screens and post-offer questionnaires:
    Slidell-Johnson-000074-000085

13. Plaintiff's Personnel File, or portions thereof, including Notice of Separation and letter:
    Slidell-Johnson-000087-000089

14. Plaintiff's Personnel File, or portions thereof, including the EEOC Notice of Discrimination:
    Slidell-Johnson-000107-000108

15. Plaintiff's Personnel File, or portions thereof, including eligibility memo and letter regarding available positions:
    Slidell-Johnson-000109-000110

16. Plaintiff's Personnel File, or portions thereof, including payroll records:
    Slidell-Johnson-000111-000120

17. Plaintiff's Personnel File, or portions thereof, including promotions, etc.:
    Slidell-Johnson-000126-000129

18. Plaintiff's Personnel File, or portions thereof, including Personnel Action forms:
    Slidell-Johnson-000130--000139

19. Plaintiff's Personnel File, or portions thereof, including his FMLA file documents:
    Slidell-Johnson-000140-000185; and 000766-000767

20. Plaintiff's Personnel File, or portions thereof, including Employee Detail:
    Slidell-Johnson-000188

21. Plaintiff's Personnel File, or portions thereof, including Plaintiff's certificates and commendations:
    Slidell-Johnson-000189-000193

22. Plaintiff's Personnel File and/or Slidell's risk management/workers compensation file, or portions thereof, including workers compensation claims materials and medical information (including but not limited to return to work information):
    Slidell-Johnson-000197-000331; 000647-000669; 000673- 000676; 000677- 000715

23. City of Slidell Policies and Procedures/Handbook, effective January 1, 2017
    Slidell-Johnson-000332-000476

24. City of Slidell Policies and Procedures/Handbook, effective January 1, 2012
    Slidell-Johnson-000401-000646

25. Daily Work Reports (incomplete)
    Slidell-Johnson-000716-000765, as well as any additional DWRs that have not been produced by Defendants

26. Organizational Chart
    Slidell-Johnson-000768

27. Video of unknown person performing job tasks
    Slidell-Johnson-000769

28. City of Slidell documentation regarding August 30, 2016 injury and following medical records and/or risk management/workers' compensation file, including:
    Slidell-Johnson-000772-000782
    Slidell-Johnson-000788-000790
    Slidell-Johnson-000790-000795
    Slidell-Johnson-000805-000867
    Slidell-Johnson-000868-000871
    Slidell-Johnson-000873-001003
    Slidell-Johnson-001006-001008
    Slidell-Johnson-001014-001037

      Slidell-Johnson-001038-001051
      Slidell-Johnson-001053-001071
      Slidell-Johnson-001073-001074

29. Communications with attachments from/to David Anderson
    Slidell-Johnson-001072-001079

30. Audio recording of Derald Johnson and unidentified others
    Slidell-Johnson-001142

31. Certain portions of the Lotus Insurance Solutions claims file, including:
    Johnson 000001-000900

32. City of Slidell's Answers to Interrogatories and Requests for Production of Documents, dated August 2, 2019
    Johnson 000901-000930

33. City of Slidell's Supplemental Answers to Interrogatories and Requests for Production of Documents, dated October 29, 2019
    Johnson 000931-000943

34. City of Slidell's Second Supplemental Answers to Interrogatories and Requests for Production of Documents, dated November 14, 2019
    Johnson 000944-000956

35. Certain vehicle maintenance reports (unproduced)

36. February 20, 2017 Email from Rene Johnson to David Anderson, et al. re: Johnson will exhaust his FMLA in 130 hours or on 03/14/2017
    Slidell-Johnson-000766

37. November 17, 2016 Correspondence from Lotus Insurance Solutions to Dr. James Boucree and Dr. Boucree's response thereto
    Slidell-Johnson-001081-001085

38. Gas Log – Public Operations
    Slidell-Johnson-001143-001152 and Slidell-Johnson-001228-001237

39. Pay History
    Slidell-Johnson-001189-001217

40. Jason Reese's file materials regarding Derald Johnson
    Slidell-Johnson-1218-1267

41. 2016 Employee Data Calendar
    Slidell-Johnson-001262-001267

42. Posting of Grease Trap Inspector Position
    Slidell-Johnson-001269

43. October 12, 2016 Civil Service Personnel Memorandum re: Eligibility List for position of Grease Trap Inspector
    Slidell-Johnson-001271

44. Interviewer's Evaluation of Internal Candidate, Derald Johnson, for Promotion to Position of Grease Trap Inspector
    Slidell-Johnson-001272-001274

45. October 24, 2015 City of Slidell correspondence to Derald Johnson advising Johnson that another employee has been selected to fill the position of Grease Trap Inspector
    Slidell-Johnson-001275

46. Fleetcor's Response to Subpoena Duces Tecum
    Johnson 000957-001001

47. Deposition of Eugene Swann, Jr., with selected exhibits

48. Deposition of Jason Reese, with selected exhibits

49. Deposition of Tyrone Clark, with selected exhibits

50. Deposition of Rueben Castillo, with selected exhibits

51. Defendant City of Slidell's Answers to Plaintiff's Second Set of Interrogatories

52. Deposition or portions of the Deposition of The City of Slidell, through David Anderson, Jr., Volume 1 of 4

53. Deposition or portions of the Deposition of The City of Slidell, through Alexander Carollo, Volume 2 of 4, with selected exhibits

54. Deposition or portions of the Deposition of The City of Slidell, through Donnie Marshall, Volume 3 of 4, with selected exhibits

55. Deposition or portions of the Deposition of The City of Slidell, through Marianne White, Volume 4 of 4, with selected exhibits

56. All documents regarding the City of Slidell's receipt of federal grant funds from the Federal Aviation Administration or U.S. Department of Transportation for the Slidell Memorial Airport (awaiting receipt through discovery)

57. All City of Slidell, Louisiana Comprehensive Annual Financial Reports June 30, 2015 to present (awaiting receipt through discovery)

58. All City of Slidell, Louisiana Comprehensive Annual Financial Reports from June 30, 2016 to present (awaiting receipt through discovery)

59. All City of Slidell, Louisiana Comprehensive Annual Financial Reports from June 30, 2017 to present (JOHNSON 001002-001152)

60. All City of Slidell, Louisiana Comprehensive Annual Financial Reports from June 30, 2018 to present (JOHNSON 001153-001310)

61. All documents regarding the U.S. Department of Homeland Security's FEMA disaster audits for the City of Slidell from 2015-present (awaiting receipt through discovery)

62. June 16, 2016 NOLA.com article concerning FEMA grant money and quotes from City of Slidell Officers concerning receipt of $60 million dollars in FEMA funding

63. City of Slidell's Press Release of September 28, 2014 announcing grant from FAA

64. City of Slidell's Responses to Plaintiff's Second Set of Requests for Admissions

65. City of Slidell's Responses to Plaintiff's Fourth Set of Requests for Production of Documents

66. Any photograph or video taken of City of Slidell's physical worksite or its surroundings, including specifically those that may be taken during the course of the inspection scheduled for October 14, 2020

67. Any depositions taken or to be taken between now and the time of trial in this matter

68. Any document produced, listed by, and/or relied upon by any other party

69. Any document necessary for impeachment/rebuttal purposes

70. Any other written discovery responses (Requests for Admissions, Interrogatories, Requests for Production of Documents that may be relevant to the action

71. Any documents discovered prior to trial in this cause.

**Discovery is ongoing, and Plaintiff, Derald Johnson, reserves his right to supplement and/or amend this Exhibit List.**

Respectfully submitted,

**STAINES, EPPLING & KENNEY, LLC**

*/s/ Julie Steed Kammer*
Anthony J. Staines (LA 12388)
Julie Steed Kammer (LA 24656)
Lee M. Rudin (LA 34746)
3500 N. Causeway Blvd., Ste. 820
Metairie, LA 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
Email:  tony@seklaw.com
Email:  julie@seklaw.com
Email:  lee@seklaw.com
*COUNSEL FOR PLAINTIFF, DERALD JOHNSON*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2020, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Julie Steed Kammer*
JULIE STEED KAMMER (24656)

8