UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERALD JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6123** |
| **SLIDELL CITY** | **SECTION "E" (3)** |

ORDER

**IT IS ORDERED** that the **Rule 36 Motion to Determine the Sufficiency of Defendant's Objections to Plaintiff's Second Set of Requests for Admission [Doc. #94]** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, November 18, 2020 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana.  Given the novel COVID-19 pandemic, the oral hearing set in the above-captioned matter will be held by video. The Court will contact counsel prior to the date of the oral hearing with the video conference link. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 27th day of October, 2020.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**